<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**No. 15-1842**

---

WILLIAM SCOTT DAVIS, Jr., as next friend to J.F.D., minor;
J. F. D., a minor,

        Plaintiffs - Appellants,

      v.

BEVERLY PERDUE, individually and in her official capacity as Governor of the State of North Carolina; WILLIAM C. HARRISON, individually and in his official capacity as Chairperson of the North Carolina State Board of Education; ROSA U. GILL, individually and in her official capacity as Chairperson of the North Carolina State Board of Education; JUNE ATKINSON, individually and in her official capacity as North Carolina State Superintendent; KEVIN L. HILL, individually and in his official capacity as Chair of Wake County Board of Education; RON MARGIOTTA, individually and in his official capacity as Chair of Wake County Board of Education; ADELPHOS BURNS, individually and in his official capacity as Superintendent of the Wake County Public School System; ANTHONY J. TATA, individually and in his official capacity as Superintendent of the Wake County Public School System; SHERRY SCHLIESSER, individually and in her official capacity as Principal of Kingwood Elementary School in Cary, NC, unlawful co-conspirator of Doyle, Shekita and MSavage, allowing J.F.D. expectations of privacy to be violated; ELAINE HOFFELT, individually and in her official capacity as Lead Secretary at Kingwood Elementary School in Cary, NC, unlawful co-conspirator of Doyle, Shekita and MSavage, allowing J.F.D. expectations of privacy to be violated; KRISTIE LEWIS, individually and in her official capacity regarding School Based Mental Health at Kingwood Elementary School in Cary, NC, unlawful co-conspirator of Doyle, Shekita and MSavage, allowing J.F.D. expectations of privacy to be violated; DANIELLE DOYLE, individually and in her official capacity as a Wake County Human Services Child Protective Services Social Worker Manager of the Western Wake CPS Office of Cary, NC, co-conspirator, unlawful

snooping agents of Sheath and Savage; JANNEY MAGRI, individually and in her official capacity as a Wake County Human Service CPS, case manager for J.F.D., co-conspirator, unlawful snooping agents of Shekita and Savage; ALLISON THOMPSON, individually and in her official capacity as a Wake County Human Services CPS assigned to J.F.D.; WANDA TURNER, individually and in her official capacity as a Wake County Human Services CPS, child neglect investigator in 2006 unfounded, bad faith reporting by Michelle Savage of J.F.D. being neglected; MICHELLE SAVAGE, individually and in her official capacity as Cary North Carolina Law Enforcement Officers, Detective, and Sergeant as husband and wife team; GREGORY SAVAGE, individually and in his official capacity as Cary North Carolina Law Enforcement Officers, Detective, and Sergeant as husband and wife team; SCOTT CUNNINGHAM, individually and in his official capacity as Chief of Police for the Cary, NC Police Department; PATRICIA BAZEMORE, individually and in her official capacity as Chief of Police for the Cary, NC Police Department; MELANIE A. SHEKITA, individually and in her official capacity as an Assistant District Attorney for the 10th Prosecutorial District of the State of North Carolina; PAUL COBLE, individually and in his official capacity as Chair of the Wake County NC Board of Commissioners; ROBERT BROWN, individually and in his official capacity and court appointed legal counsel for Plaintiff William Scott Davis Jr. as a willful, wanton, agents co-conspirator of the State of North Carolina agent of ADA Melanie A. Shekita; LISA SELLERS, individually and in her official capacity as Wake County Human Services Child Protective Services Social Worker Manager of the Western Wake CPS Office of Cary, NC,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:12-cv-00593-FL)

---

Submitted: December 15, 2015      Decided: December 17, 2015

---

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William Scott Davis, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., seeks to appeal the district court's order denying his motion to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Davis v. Perdue</u>, No. 5:12-cv-00593-FL (E.D.N.C. July 2, 2015). We deny Davis' motion for recusal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>